UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action Number: 5:18-CV-552-D

| | |
|---|---|
| CHARLOTTE ROSE PRICE, | ) |
| | ) |
| Plaintiff | ) ORDER TO REMAND |
| v. | ) |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| Defendant | ) |

FOR GOOD CAUSE SHOWN, the Plaintiff's Motion for Remand is allowed.

This the ___13___ day of November, 2019.

_____
JAMES C. DEVER III
United States District Judge