UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE ROSE PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-552-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff' Motion for Remand is allowed.

**This Judgment Filed and Entered on November 13, 2019, and Copies To:**
Cynthia M. Currin  (via CM/ECF electronic notification)
Lisa M. Rayo  (via CM/ECF electronic notification)

DATE:  PETER A. MOORE, JR., CLERK
November 13, 2019  (By) /s/ Nicole Sellers
 Deputy Clerk