IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-0552-D

| CHARLOTTE ROSE PRICE, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | DEFENDANT'S ORDER TO |
| | ) | MOTION FOR |
| | ) | 42 U.S.C. § 406(b) FEES |
| LELAND DUDEK, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is by the United States District Court for the Eastern District of North Carolina,

ORDERED that Cynthia M. Currin, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 5,000 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received und the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

SO ORDERED. This the 31 day of March, 2025.

JAMES C. DEVER III
United States District Judge