UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLOTTE ROSE PRICE,                    )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )        **JUDGMENT IN A CIVIL CASE**
                                         )        **CASE NO. 5:18-CV-552-D**
LELAND C. DUDEK,                         )
Acting Commissioner of Social Security,  )
                                         )
                    Defendant.           )


**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Cynthia M. Currin, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $5,000 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees previously received und the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.


This Judgment filed and entered on March 31, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)


March 31, 2025                          Peter A. Moore, Jr.
                                        Clerk of Court



                                    By: /s/ Stephanie Mann
                                        Deputy Clerk